IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NASREEN BEGUM,<br><br>　　*Plaintiff,*<br><br>v.<br><br><br>FAIR COLLECTIONS & OUTSOURCING, INC.,<br><br>　　*Defendant.* | Civil Action No. 1:24-cv-893-WEF |

**PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Nasreen Begum, on behalf of herself and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby moves the Court for preliminary approval of the class action settlement for the reasons outlined in her contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　*/s/ Kristi C. Kelly*
　　　　　　　　　　　　　　　　　　　Kristi C. Kelly, VSB #72791
　　　　　　　　　　　　　　　　　　　Andrew J. Guzzo, VSB #82170
　　　　　　　　　　　　　　　　　　　Casey S. Nash, VSB #84261
　　　　　　　　　　　　　　　　　　　J. Patrick McNichol, VSB #92699
　　　		　　　　　　　　　　　　　Matthew G. Rosendahl, VSB #93738
　　　　　　　　　　　　　　　　　　　KELLY GUZZO, PLC
　　　　　　　　　　　　　　　　　　　3925 Chain Bridge, Suite 202
　　　　　　　　　　　　　　　　　　　Fairfax, VA  22030

Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*