**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NASREEN BEGUM, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:24-cv-893-WEF |
| FAIR COLLECTIONS & OUTSOURCING, INC., | |
| *Defendant.* | |

**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT
AND FOR SERVICE AWARD AND ATTORNEYS' FEES**

Plaintiff Nasreen Begum, on behalf of herself and the Settlement Class Members, by counsel, under Fed. R. Civ. P. 23, respectfully moves the Court for Final Approval of the Class Action Settlement, for entry of the Final Approval Order attached hereto, and for an award of attorneys' fees and costs and a service award for the reasons outlined in the contemporaneously filed memorandum of law.

Respectfully submitted,
**PLAINTIFF**

        */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Casey S. Nash, VSB #84261
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: matt@kellyguzzo.com
*Class Counsel*

1